UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Glenn Graff, et al.** | : | CASE NO. 1:09-CV-00670 |
| | : | |
| **PLAINTIFFS** | : | Judge Susan J. Dlott |
| | : | |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| **Haverhill North Coke Company, et al.** | : | |
| | : | |
| **DEFENDANTS** | : | |

**PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Nicholas W. Schwandner, of the law firm of D. David Altman Co., L.P.A., will appear and represent Plaintiffs Glenn Graff, et al. as one of the attorneys in this matter. Mr. Schwandner's bar number is 0086471. He was admitted to the United States District Court for the Southern District of Ohio on January 7, 2011, he is registered in the Court's electronic filing system, and he is in good standing.

Mr. Schwandner's contact information is as follows:

Nicholas W. Schwandner
D. David Altman Co., L.P.A.
15 East 8th Street, Suite 200W
Cincinnati, OH 45202
(513) 721-2180 ext. 112
(513) 721-2299 (fax)
Nschwandner@environlaw.com

Respectfully submitted,

/s/ D. David Altman

                                         D. David Altman (0021457)
                                         D. David Altman Co., L.P.A.
                                         15 East 8th Street, Suite 200W
                                         Cincinnati, OH 45202
                                         (513) 721-2180 ext. 112
                                         (513) 721-2299 (fax)
                                         Daltman@environlaw.com

                                         *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January12, 2011, the foregoing Plaintiffs' Notice of Appearance of Counsel was electronically filed with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                         /s/ Nicholas W. Schwandner

                                         Nicholas W. Schwandner
                                         D. David Altman Co., L.P.A.
                                         15 East 8th Street, Suite 200W
                                         Cincinnati, OH 45202