UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Glenn Graff, et al.** | : | CASE NO. 1:09-CV-00670 |
| | : | |
| **PLAINTIFFS** | : | **Judge Susan J. Dlott** |
| | : | |
| v. | : | **Magistrate Judge Karen L. Litkovitz** |
| | : | |
| **Haverhill North Coke Company, et al.** | : | |
| | : | |
| **DEFENDANTS** | : | |

## PLAINTIFFS' NOTICE OF FILING UNDER SEAL

In accordance with Paragraph 8 of the Protective Order (Doc. 66) and S. D. of Ohio Civ. R. 79.3, Plaintiffs, Glenn Graff et al., hereby give notice that Exhibits 10 and 11 to PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (Doc. 112) will be filed under seal. The exhibits are documents beginning with Bates numbers HNCCE-00018194 and HNCCE-00090440.

The Court granted leave for this sealed filing on June 20, 2011. (*See,* Doc. 113).

    s/ Justin D. Newman
D. David Altman (0021457)
Justin D. Newman (0080968)
Lawrence R. Altman (MN0135720)
Elaine K. Lutz (0087063)
Nicholas W. Schwandner (0086471)
D. DAVID ALTMAN CO., L.P.A.
15 East 8th Street, Suite 200W
Cincinnati, Ohio 45202
(513) 721-2180
daltman@environlaw.com
*Trial Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2011, a copy of the foregoing *PLAINTIFFS' NOTICE OF FILING UNDER SEAL* was electronically filed with the Clerk of Court using the Court's electronic filing system. Notice of this filing will be sent to all parties in the case by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

s/ Nicholas W. Schwandner
Nicholas W. Schwandner
