## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| **GLENN GRAFF, et al.,** | ) |
| Plaintiffs, | )  Case No. 1:2009-CV-00670 |
| **v.** | )  Judge Susan J. Dlott |
| **HAVERHILL NORTH COKE** | )  Magistrate Judge Karen L. Litkovitz |
| **COMPANY, et al.** | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Defendants Haverhill North Coke Company and SunCoke Energy,

Inc.'s request for an extension of seven business days to the briefing deadlines set forth in this

Court's April 5, 2012 Order (Doc. 157) (the "Order"), and upon no objection from Plaintiffs

Kelly Graff, Glenn Graff, Hildreth Maddox, and Peggy Maddox, it is hereby

**ORDERED**, that the following briefing schedule will replace the briefing deadlines set

forth in the Order:

1. Defendants shall file their brief in support of their asserted privileges for the identified 99 documents, including any affidavits and/or other supporting documentation, on or before **May 15, 2012**.[1]

2. Plaintiffs shall file their response brief on or before **June 5, 2012**.

3. Defendants shall file their reply brief on or before **June 19, 2012**.

---

[1] The number of documents subject to *in camera* review, as originally contemplated in the Order, was 110, but has been jointly revised by plaintiffs and defendants to 99 based on later categorization and analysis of the documents at issue.

A/74925436.1

4.      Plaintiffs shall file their sur-reply brief on or before **July 3, 2012**.

**IT IS SO ORDERED**

Date: ___5/1/12___

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

A/74925436.1