# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Glenn Graff, et al.** | : | **CASE NO. 1:09-CV-00670** |
| **PLAINTIFFS** | : | **Judge Susan J. Dlott** |
| v. | : | **Magistrate Judge Karen L. Litkovitz** |
| **Haverhill North Coke Company, et al.** | : | |
| **DEFENDANTS** | : | |

## PLAINTIFFS' NOTICE OF FILING UNDER SEAL

Plaintiffs hereby give notice that Plaintiffs' Unopposed Motion to Suspend Fact Discovery and Extend Case Schedule and Memorandum in Support was filed under seal on October 25, 2012. The Court granted leave for this sealed filing on October 23, 2012 (Doc. 184).

Respectfully submitted,

s/ Nicholas W. Schwandner
D. David Altman (0021457), *Trial Attorney*
Justin D. Newman (0080968)
Lawrence R. Altman (MN0135720)
Nicholas W. Schwandner (0086471)
D. DAVID ALTMAN CO., L.P.A.
15 E. 8th Street, Suite 200W
Cincinnati, Ohio 45202
(513) 721-2180
daltman@environlaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2012, I caused a true and correct copy of the foregoing *PLAINTIFFS' NOTICE OF FILING UNDER SEAL* to be filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filling through the Court's system.

                                              s/ Nicholas W. Schwandner
                                              *Attorney for the Plaintiffs*