UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Glenn Graff, et al. | : | CASE NO. 1:09-CV-00670 |
| PLAINTIFFS | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| Haverhill North Coke Company, et al. | : | |
| DEFENDANTS | : | |

## ORDER

Upon consideration of Plaintiffs' Motion and Memorandum to Extend Case Schedule, seeking modification of the existing scheduling order, dated August 15, 2012 (Doc. 182), through an extension of fact discovery and of all existing deadlines, it is upon good cause hereby,

**ORDERED**, that the following deadlines will replace the deadlines set forth in the August 15, 2012 scheduling order:

- Fact discovery is suspended through January 31, 2013

- Fact discovery shall recommence on February 1, 2013

- Fact Discovery Deadline: June 17, 2013

- Deadline for Identifying Plaintiffs' Expert Witness(es) and Producing Expert Report(s): August 15, 2013

- Deadline for Identifying Defendants' Expert Witness(es) and Producing Expert Report(s): October 15, 2013

- Deadline for Identifying Rebuttal Expert Witness(es) and Producing Expert Reports: November 18, 2013

- Expert Discovery Deadline: December 30, 2013

- Dispositive Motion Deadline: January 29, 2014

- Memorandum in Opposition Deadline: March 19, 2014

- Reply Memorandum Deadline: April 7, 2014

- Final Pretrial Conference: June 2014*

- Trial: August 2014*

**IT IS SO ORDERED**

Date: 11/1/12

Karen L. Litkovitz
United States Magistrate Judge

* The specific dates will be assigned by the District Court.