UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Glenn Graff, et al.** | : | **CASE NO. 1:09-CV-00670** |
| | : | |
| **PLAINTIFFS** | : | **Judge Susan J. Dlott** |
| | : | |
| v. | : | **Magistrate Judge Karen L. Litkovitz** |
| | : | |
| | : | |
| | : | |
| | : | |
| **Haverhill North Coke Company, et al.** | : | |
| | : | |
| **DEFENDANTS** | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL NICHOLAS SCHWANDNER**

Pursuant to Local Rule 83.4(d), Nicholas W. Schwandner hereby gives notice of his withdrawal as co-counsel for Plaintiffs in this matter.

s/ David Altman

s/ Nicholas W. Schwandner

D. David Altman (0021457)
Justin D. Newman (0080968)
Lawrence R. Altman (MN0135720)
D. DAVID ALTMAN CO., L.P.A.
15 East 8th Street, Suite 200W
Cincinnati, Ohio 45202
(513) 721-2180
daltman@environlaw.com
*Trial Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2013, a copy of the foregoing *NOTICE OF WITHDRAWAL* was electronically filed with the Clerk of Court using the Court's electronic filing system. Notice of this filing will be sent to all parties in the case by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

                                                        s/ Justin D. Newman
                                                        Justin D. Newman