UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GLENN GRAFF, *et al.*,<br><br>                       *Plaintiffs*,<br><br>v.<br><br>HAVERHILL NORTH<br>COKE COMPANY, *et al.*,<br><br>                       *Defendants*. | Case No. 1:09-CV-00670<br><br>Judge Susan J. Dlott<br><br>Magistrate Judge Karen L. Litkovitz |

**STIPULATED FINAL ORDER OF DISMISSAL**

In accordance with the terms of the Settlement Agreement executed by the Parties on August 3 and 4, 2016, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Kelly Graff, Glenn Graff, Peggy Maddox, and Hildreth Maddox ("Plaintiffs") and Defendants SunCoke Energy and Haverhill Coke Company ("Defendants") hereby stipulate and agree that all claims raised in the Graff Litigation are hereby dismissed with prejudice. This Court shall retain continuing jurisdiction to construe and enforce the provisions of the Settlement Agreement entered into between Plaintiffs and Defendants. This action is dismissed without the imposition of costs by the Court or Clerk.

IT IS SO ORDERED.

                                                                                   */s/ Susan J. Dlott*
                                                                                  Judge Susan J. Dlott
                                                                                United States District Court

**APPROVED AND STIPULATED:**

s/ *D. David Altman*

D. David Altman, *Trial Attorney* (0021457)
Justin D. Newman (0080968)
Robin A. Burgess (KY95315) (*admitted pro hac vice)*
Lawrence R. Altman (MN0135720)
(*admitted pro hac vice)*
**D. DAVID ALTMAN CO., L.P.A.**
15 E. 8th Street, Suite 200W
Cincinnati, Ohio 45202
Telephone: 513-721-2180
Email: daltman@environlaw.com

**Attorneys for Plaintiffs**

s/ *Robert Brager*

Robert Brager (*admitted pro hac vice)*
Sarah Albert (*admitted pro hac vice)*
**BEVERIDGE & DIAMOND, P.C.**
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
Telephone: (410) 230-1300
Email: rbrager@bdlaw.com
salbert@bdlaw.com

Nessa Horewitch Coppinger (*admitted pro hac vice*)
Eric Klein *(admitted pro hac vice)*
**BEVERIDGE & DIAMOND, P.C.**
1350 I Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 789-6053
Email: ncoppinger@bdlaw.com

Louis E. Tosi, *Trial Attorney* (0019756)
**SHUMAKER, LOOP & KENDRICK, LLP**
North Courthouse Square
1000 Jackson Street
Toledo, Ohio 43604
Telephone: 419-241-9000
Fax: 419-241-6894
Email: ltosi@slk-law.com

**Attorneys for Defendants**